UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISHEVA ANANYAH FEINBERG-TOMAHAWK,<br><br>           Plaintiff,<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>           Defendants. | Case No. 14-cv-02275-JD<br><br>**ORDER TO SHOW CAUSE** |

On May 16, 2014, pro se plaintiff Elishiva Ananyah Feinberg-Tomahawk filed a complaint and an ex parte application for a temporary restraining order ("TRO") against Defendants City and County of San Francisco, San Francisco Department of Animal Care and Control ("SFDACC"), and two individual employees of SFDACC.  Dkt. No. 1.  On June 11, 2014, CCSF filed a Motion to Dismiss the Complaint.  *See* Dkt. No. 19.  Under Civil Local Rule 7-3, Ms. Feinberg-Tomahawk's response to SSA's motion was due by June 30, 2014.  Ms. Feinberg-Tomahawk has not filed a response to SSA's motion.

Ms. Feinberg-Tomahawk is ordered to show cause why CCSF's Motion to Dismiss should not be granted.  Her response is due by noon on July 17, 2014.  If plaintiff no longer intends to prosecute this case, she should file a notice of voluntary dismissal.  *See* Fed. R. Civ. P. 41(a).  Failure to respond to CCSF's Motion to Dismiss may result in the motion being granted, and the action being dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 7, 2014

_____
JAMES DONATO
United States District Judge